# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 7, 2024

Lyle W. Cayce
Clerk

———————————

No. 23-11060
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Elvin Omar Vasquez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CR-32-1

_____

Before Jolly, Jones, and Willett, *Circuit Judges*.

Per Curiam:[*]

Elvin Omar Vasquez appeals the sentence imposed following his guilty plea conviction for illegal reentry after removal. He contends that the district court erred by sentencing him pursuant to 8 U.S.C. § 1326(b)(2) because he did not have a prior conviction for an aggravated felony. We

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

review for plain error only.  *See Puckett v. United States*, 556 U.S. 129, 135 (2009).

Contrary to Vasquez's assertion, his Texas conviction for possession with intent to deliver a controlled substance constitutes an aggravated felony for purposes of § 1326(b)(2).  *See* Tex. Health & Safety Code § 481.112(a); *Ochoa-Salgado v. Garland*, 5 F.4th 615, 616-22 (5th Cir. 2021); *see also* 8 U.S.C. § 1101(a)(43)(B); 18 U.S.C. § 924(c)(2).  Accordingly, he has not demonstrated that the district court erred, plainly or otherwise, by sentencing him pursuant to § 1326(b)(2).  *See Puckett*, 556 U.S. at 135.

AFFIRMED.